# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

**FILED**

SEP 2 6 2018

Clerk, U.S. District Court
District Of Montana
Great Falls

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **PETITION TO DISCLOSE** |
| VS. | ) | **JUVENILE RECORDS** |
| | ) | |
| NOVA BIG LEGGINS | ) | **DOCKET NO. CR 17-78-GF-BMM** |

Whereas the above-named defendant has been charged with committing the offense of Criminal Child Endangerment, in United States District Court for the District of Montana, the Petitioner requests that the Court order Roosevelt and Yellowstone County Child Protective Services; Montana State Department of Health and Human Services; Shodair Children's Hospital in Helena; Youth Dynamics in Billings, all juvenile records pertaining to the defendant, including charging documents, presentence investigation reports, attorney representation, mental health assessments/diagnosis and treatment records, medication regiments, substance abuse assessments/diagnosis and treatment records, discharge summaries, disciplinary actions, educational records, custody dispositions, and risk assessments, for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

Andrea L. Hedges    9/24/18
United States Probation Officer    Date

## ORDER

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this 26th day of September, 2018, the release of requested records held by Roosevelt and Yellowstone County Child Protective Services; Montana State Department of Health and Human Services; Shodair Children's Hospital in Helena; Youth Dynamics in Billings, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

Honorable Brian Morris
United States District Judge