# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOVA BIG LEGGINS,<br><br>Defendant. | Case No. CR 17-78-GF-BMM<br><br>**ORDER** |

    Defendant Nova Big Leggins, having filed a Motion to Appear Via Video for Final Revocation Hearing there being no objection from the Government and good cause appearing; IT IS HEREBY ORDERED that Nova Big Leggins shall appear via video (Zoom) from the Federal Defender's Office in Billings, Montana for the Final Revocation Hearing in this matter, presently scheduled for Thursday, September 16, 2021, beginning at 1:30 p.m. The Federal Defenders will contact the Clerk of Court for the Zoom link.

    DATED this 15th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court