# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOVA BIG LEGGINS,<br><br>Defendant. | Case No. CR-17-78-GF-BMM-2<br><br>ORDER |

**IT IS HEREBY ORDERED** that Arrest Warrant signed by the undersigned on September 15, 2021 (Doc. 143) is HEREBY QUASHED.

DATED this 16th day of September, 2021.

_____
Brian Morris
United States District Court Judge

1